United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 99-1325 September Term, 2000

National Lime Association, 
 Petitioner
 
v.

Environmental Protection Agency,
 Respondent
 

Consolidated with 99-1326

 
 On Petitions for Review of An Order of the
 Environmental Protection Agency
 
 
 

 BEFORE: Edwards, Chief Judge, Ginsburg and Tatel, Circuit Judges.

 ORDER

 Upon consideration of the Petition for Rehearing of the Environmental Protection Agency,
it is

 ORDERED that the Petition for Rehearing is hereby denied, and it is 

 FURTHER ORDERED that the opinion filed herein on December 15, 2000 is hereby
amended to substitute the paragraph beginning on the bottom of page 12 and continuing at the
top of page 13 with the following:

 Although we thus believe that section 7412(d)(1)'s
 language disposes of this issue, we add that our reading of that
 section is reinforced by the Clean Air Act's legislative history. A
 report by the Senate Committee on Environment and Public Works
 states:
 
 The technologies, practices or strategies which are
 to be considered in setting emission standards under
 this subsection go beyond the traditional end-of-the
 stack treatment or abatement system. The
 Administrator is to give priority to technologies or
 strategies which reduce the amount of pollution
 generated through process changes or the
 substitution of materials less hazardous. Pollution
 prevention is to be the preferred strategy wherever
 possible.
 
 S. REP. NO. 101-228, at 168.
 
 

FOR THE COURT:
Mark J. Langer, Clerk

Filed On: February 14, 2001 [575997]